1004

*In the Matter of the Estate of*
REINHART KANZLER.

ROSALIA KANZLER, *Appellant,* v. ROSEMARY VIOLA
OSTBY, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Thurston County, Nos. 80–4–00039–4, 80–2–01569–6, Robert J. Doran, J., entered July 8, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
DUANE MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–00645–2, Floyd V. Hicks, J., entered January 19, 1982. *Dismissed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

DONALD R. DEASY, *Appellant,* v. MARIANNE
DEASY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 244191, Robert A. Jacques, J., entered January 13, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.